# Tom Green County
## District Clerk
### *Sheri Woodfin*

FILED
*May 8, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk



**112 W Beauregard**                                              **325-659-6579**
**San Angelo TX 76903**                                          **Fax - 325-659-3241**

May 8, 2015

Re: Request for Appellate Record

Style: George Henry Walker V. The State of Texas

Case Numbers: 03-14-00789-CR, 03-14-00790-CR & 03-14-00791-CR
Trial Court Nos.: B-13-0883-SB, B-14-0650-SA & B-14-0994-SB

Method of Delivery: Postal Mail
Date Sent: May 8, 2014

Mr. Walker,

     Enclosed you will find, for your review, your requested copy of the appellate record and reporter's record. We have forwarded a copy of this letter to the Third Court of Appeals..

Sincerely,


Rebecca Douglas
Deputy District Clerk

CC: Mr. George Henry Walker
    Middleton Transfer Facility
    13055 FM 33522
    TDCJ No. 1967140
    Abilene, Texas 79601

    Third Court of Appeals at Austin, Texas
    P.O. Box 12547
    Austin, Texas 78777
    (Sent via Email)